ACCEPTED
12-14-00127-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/2/2015 1:02:11 PM
CATHY LUSK
CLERK

## NO. 12-14-00127-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | |
| | § | | FILED IN<br>12th COURT OF APPEALS |
| **VS.** | § | **TWELFTH COURT** | TYLER, TEXAS<br>1/2/2015 1:02:11 PM |
| | § | | |
| **THOMAS HOWELL** | § | **OF APPEALS** | CATHY S. LUSK<br>Clerk |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Thomas Howell, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 420th Judicial District Court of Nacogdoches County, Texas.

2. The case below was styled the <u>STATE OF TEXAS vs. Thomas Howell</u>, and numbered F1320262.

3. Appellant was convicted of Burglary of Habitation, Retaliation, and Volation of Protective Order.

4. Appellant was assessed a sentence of 35 years on April 24, 2014.

5. Notice of appeal was given on April 25, 2014.

6. The clerk's record was filed on June 2014; the reporter's record was filed on July 17, 2014.

7. The appellate brief is presently due on December 4, 2014.

8. Appellant requests an extension of time and extend the deadline to January 9, 2014.

9. Defendant is currently incarcerated.

10. Appellant relies on the following facts as good cause for the requested

extension:

The 420th District Court of Nacogdoches County, Texas has recommended a new deadline of January 9, 2015 for the appellant's brief to be filed.

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

TATUM & TATUM
111 N Second Street
PO Box 582
Lufkin, TX 75902
Tel: (936) 634-5594
Fax: (936) 639-4480

By: _____
John Tatum II
State Bar No. 00789674
Attorney for Thomas Howell

## CERTIFICATE OF SERVICE

This is to certify that on December 30, 2014, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Nacogdoches County, by fax to 936-560-6036.

_____
John Tatum II

**STATE OF TEXAS** § 
§
**COUNTY OF NACOGDOCHES** §

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared

John Tatum II, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and

entitled cause. I have read the foregoing Motion To Extend Time to

File Appellant's Brief and swear that all of the allegations of fact

contained therein are true and correct."

_____
John Tatum II
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on _12-30_____, 2014,

to certify which witness my hand and seal of office.



_____
Notary Public, State of Texas